IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02103-RPM

SYMX Systems, Inc.,

     Plaintiff,

v.

EDGY COMMUNICATIONS, LLC, and
APOGEE TOTAL SOLUTIONS, INC.,

     Defendants.

---

## ORDER FOR STATUS REPORT

---

On February 14, 2008, counsel filed a Joint Status Report, advising that motions in a related state court action in Boulder District Court were set for hearing in that court on April 1, 2008. This civil action has been delayed because of pending motions in that related action. It is now

ORDERED that counsel shall file a status report on or before May 30, 2008, informing of the status of the related action in Boulder District Court.

Dated: May 7th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge