IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02103-RPM

SYMX Systems, Inc.,

    Plaintiff,

v.

EDGY COMMUNICATIONS, LLC, and
APOGEE TOTAL SOLUTIONS, INC.,

    Defendants.

---

ORDER DIRECTING DEFENDANTS TO SUPPORT CONTINUED STAY

---

At the scheduling conference held on December 19, 2007, the Court ordered that this civil action be placed on hold because of pending motions in a related civil action, 2007CV876 pending in the District Court in Boulder County, Colorado. On May 30, 2008, the parties filed a Joint Status Report, informing that those motions have been resolved. There has been a change in representation of the plaintiffs in this action and in the state action. In the Joint Status Report, the parties have disagreed as to whether this case should now proceed. At the December 19, 2007, scheduling conference, defendants' indicated that the lawsuit in Boulder would determine ownership of the patents that the plaintiff asserts in this case as a predicate for the claims for relief in the complaint. Defendants' counsel also indicated that litigation of the issue of ownership in this civil action may require joinder of additional parties which may affect subject matter jurisdiction for this case. Given the uncertainty with respect to the relationship of the state court action and this action it is now

1

ORDERED that the defendants shall on or before June 25, 2008, file a motion to continue the stay of this civil action and provide factual and legal support for a continued stay.

Dated: June 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge