IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 8, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-02103-RPM

SYMX SYSTEMS, INC., a Florida corporation,            Andrew R. Shoemaker
                                                      Dugan Bliss
    Plaintiff,

v.

EDGY COMMUNICATIONS, LLC and                          Franklin C. Austin
APOGEE TOTAL SOLUTIONS, INC.,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Continue Stay**

**2:01 p.m.**     Court in session.

Court's preliminary remarks.

Counsel answer questions.
Mr. Austin states no entities own a 10% or more share of defendants' corporations and the Apogee website the Court referenced was created by a Symx employee (v.p.).

**Court instructs plaintiff's counsel to file a corporate disclosure statement.**

Court states its understanding of case facts and claims.

| | |
|---|---|
| 2:14 p.m. | Argument by Mr. Austin. |
| 2:36 p.m. | Argument by Mr. Shoemaker. |
| 2:45 p.m. | Rebuttal argument by Mr. Austin. |
| 2:59 p.m. | Further argument by Mr. Shoemaker. |

**ORDERED:**  Motion to Continue Stay, filed June 26, 2008 [20], is denied. Scheduling Conference scheduled 2:00 p.m. August 21, 2008. Proposed scheduling order to be submitted directly to chambers by 4:00 p.m. August 14, 2008. Counsel are instructed to confer with clients regarding consolidating pending actions.

**3:10 p.m.**     Court in recess.

Hearing concluded.  Total time: 1 hr. 9 min.