IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02103-RPM

SYMX Systems, Inc.,

    Plaintiff,

v.

EDGY COMMUNICATIONS, LLC, and
APOGEE TOTAL SOLUTIONS, INC.,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to the hearing on July 8, 2008, it is

ORDERED that a scheduling conference will be held on **August 21, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 14, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: July 10th, 2008

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
.                                         Richard P. Matsch, Senior District Judge