**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 07-cv-02103-RPM

SYMX SYSTEMS, INC., a Florida corporation,

       Plaintiff,

v.

EDGY COMMUNICATIONS, LLC, and
APOGEE TOTAL SOLUTIONS, INC.,

       Defendants.
_____

**ORDER GRANTING THE PARTIES' JOINT MOTION
TO STAY PROCEEDINGS PENDING ARBITRATION**
_____

       Having considered the parties' Joint Motion to Stay Proceedings Pending Arbitration, the Court ORDERS that this case shall be STAYED until December 1, 2008. In the interim, the stay may be lifted for good cause such as, for example, upon a binding ruling of the arbitrator in this matter. All current deadlines and hearings in this matter are vacated. The Court further ORDERS that the parties shall file a joint status report no later that December 1, 2008 to apprise the Court of the outcome of arbitration and any issues remaining to be addressed before this Court.

       Dated this 15th day of August, 2008.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge