IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02103-RPM

SYMX Systems, Inc.,

      Plaintiff,

v.

EDGY COMMUNICATIONS, LLC, and
APOGEE TOTAL SOLUTIONS, INC.,

      Defendants.

_____

## ORDER OF DISMISSAL

_____

      Pursuant to the Stipulated Motion for Dismissal with Prejudice [30], filed on

November 10, 2008, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their

own costs and attorneys' fees.

      Dated: November 10th, 2008

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

      .                               Richard P. Matsch, Senior District Judge